IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PAUL GANTT,<br>EDNA GANTT,<br><br>      Plaintiffs,<br><br>  v.<br><br>PENNY MAC, *et al.*,<br><br>      Defendants. | Case No. 24-cv-00114-DKW-RT<br><br>**ORDER (1) WITH RESPECT TO U.S. MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AND (2) DIRECTING PLAINTIFFS TO PAY FILING FEE** |

      This matter comes before the Court with the April 12, 2024 Findings and Recommendation (F&R) of the assigned U.S. Magistrate Judge.  Dkt. No. 7. Therein, the Magistrate Judge recommends (1) denying Plaintiffs' Paul and Edna Gantt's application for leave to proceed without prepayment of fees or costs, and (2) permitting Plaintiffs to either pay the $405 filing fee for this action or file a renewed application.  The Magistrate Judge, found, among other things, that Plaintiffs' initial application was "incomplete", in part, because Plaintiffs failed to answer the vast majority of the questions therein.

      On May 1, 2024, the Court docketed four letters from Plaintiff Paul Gantt, along with a second application to proceed without prepayment of fees or costs ("the IFP Application").  Dkt. Nos. 11-14, 16.  Because Plaintiffs are proceeding

without counsel, the Court liberally construes their filings, including the above-mentioned letters and IFP Application. Doing so, the letters do not address the F&R in any respect, as they all appear to concern what, arguably, may be the merit of any potential claim(s) in this case—something which the F&R did not address.

As for the IFP Application, the Court liberally construes the same as a response to the Magistrate Judge's recommendation for Plaintiffs to either pay the filing fee or file a renewed application.[1] So construed, the IFP Application fails to address the deficiencies with Plaintiffs' initial application. In fact, the IFP Application is even more deficient than Plaintiffs' initial effort. Notably, Plaintiffs once again fully answer not a single question in the IFP Application. In addition, unlike their initial effort, on this occasion, Plaintiffs do not even provide supporting documentation, despite stating that information was "inclosed [*sic*]." Therefore, the IFP Application, Dkt. No. 16, is DENIED.

Further, because Plaintiffs have now been provided with two opportunities to explain why they should be permitted to proceed without prepayment of fees or costs, and failed each time, to proceed with this action, they are required to pay the $405 filing fee (and all other costs associated with this case). Plaintiffs may have

---

[1] In other words, preempting the adoption of the F&R, Plaintiffs have chosen to elect the second of the two options provided by the Magistrate Judge. The Court, therefore, finds the F&R to be MOOT in light of Plaintiffs' subsequent filings.

until **May 20, 2024** to pay the filing fee.   **Should Plaintiffs fail to pay the filing fee by that date, this case will be dismissed without prejudice and without further notice.**

IT IS SO ORDERED.

Dated: May 6, 2024 at Honolulu, Hawaiʻi.

_____
Derrick K. Watson
Chief United States District Judge